**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Oak Creek Plaza, L.L.C.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **36-4207240** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **150 South Wacker Drive, Suite 2100** <br> **Chicago, IL 60606** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br> **8-120 Oak Creek Plaza Mundelein, IL 60060** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Oak Creek Plaza, L.L.C.**
_____    Case number (*if known*) _____
    Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

| Debtor | **Oak Creek Plaza, L.L.C.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11.  Why is the case filed in this district?**

Check all that apply:

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No

☐  Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**  _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.    Insurance agency  _____
          Contact name       _____
          Phone              _____

---

**█  Statistical and administrative information**

**13.  Debtor's estimation of available funds**  .    Check one:

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Oak Creek Plaza, L.L.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 10, 2016**
MM / DD / YYYY

**X** **/s/ Ronald L. Boorstein**
Signature of authorized representative of debtor

**Ronald L. Boorstein**
Printed name

Title    **Managing Partner**

---

**18. Signature of attorney**

**X** **/s/ Paul M. Bach**
Signature of attorney for debtor

Date    **May 10, 2016**
MM / DD / YYYY

**Paul M. Bach**
Printed name

**Bach Law Offices**
Firm name

**P.O. Box 1285**
**Northbrook, IL 60065**
Number, Street, City, State & ZIP Code

Contact phone    **(847) 564-0808**        Email address    **pnbach@bachoffices.com**

**06209530**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Oak Creek Plaza, L.L.C.**

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Law Offices of Ronald L. Boorstein 150 South Wacker Drive, Suite 450 Chicago, IL 60606** | | | | | | $586,744.02 |
| **Brian B. Boorstein c/o Granite Creek Partners 222 West Adams Street, Suite 1980 Chicago, IL 60606** | | | | | | $279,000.00 |
| **Dr. & Mrs. Michael Caplan 1331 Hilary Lane Highland Park, IL 60035** | | | | | | $100,000.00 |
| **Oak Creek Plaza, Ltd. 150 South Wacker Drive, Suite 450 Chicago, IL 60606** | | | | | | $99,366.23 |
| **SVI Properties 100 Premier Drive Orion, MI 48009** | | | | | | $63,000.00 |
| **Snow Systems 600 N. Wolf Court Wheeling, IL 60090** | | | | | | $24,000.00 |
| **FGMK, LLC 2801 Lakeside Dr. Third Floor Bannockburn, IL 60015** | | | | | | $19,132.90 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor **Oak Creek Plaza, L.L.C.**                                   Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Meltzer, Purtill & Stelle, LLC 1515 E. Woodfield Road Second Floor Schaumburg, IL 60173** | | | | | | **$6,602.50** |
| **Julie M. Bordo, LLC 2410 Ewing Avenue Evanston, IL 60201** | | | | | | **$4,060.00** |
| **Storage Equity Concepts 150 S. Wacker Drive Chicago, IL 60606** | | | | | | **$3,000.00** |
| **Marc A. Boorstein 150 South Wacker Drive, Suite 450 Chicago, IL 60606** | | | | | | **$86.18** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Oak Creek Plaza, L.L.C.**                                          Case No.

                                        Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                   **29**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 10, 2016**                          **/s/ Ronald L. Boorstein**
                                    **Ronald L. Boorstein/Managing Partner**
                                    Signer/Title

AT&T Fire Alarms
PO Box 5080
Carol Stream, IL 60197-5080


Barnes & Thornburg, LLP
One North Wacker Dr
Suite 4400
Chicago, IL 60606


Brian B. Boorstein
c/o Granite Creek Partners
222 West Adams Street, Suite 1980
Chicago, IL 60606


Commonwealth Edison
Customer Care Center
PO Box 805379
Chicago, IL 60680-5379


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197


Dr. & Mrs. Michael Caplan
1331 Hilary Lane
Highland Park, IL 60035


FGMK, LLC
2801 Lakeside Dr.
Third Floor
Bannockburn, IL 60015


Fitzgerald Lighting
1585 Beverly Court
Suite 104
Aurora, IL 60502


Julie M. Bordo, LLC
2410 Ewing Avenue
Evanston, IL 60201


Kaplan Pavement Services
14101 Lambs Lane
Green Oaks, IL 60048

Law Offices of Ronald L. Boorstein
150 South Wacker Drive, Suite 450
Chicago, IL 60606


M.A.R.G. Brick Paving
PO Box 6032
Vernon Hills, IL 60061


Marc A. Boorstein
150 South Wacker Drive, Suite 450
Chicago, IL 60606


Meltzer, Purtill & Stelle, LLC
1515 E. Woodfield Road
Second Floor
Schaumburg, IL 60173


MGN Kock-Key & Sfes, Inc.
513 E. Hawley
Mundelein, IL 60060


Northshore Gas
PO Box 19083
Green Bay, WI 54307-9083


Oak Creek Plaza, Ltd.
150 South Wacker Drive, Suite 450
Chicago, IL 60606


Snow Systems
600 N. Wolf Court
Wheeling, IL 60090


Spaceco, Inc.
9575 W. Higgiens Road
Suite 700
Des Plaines, IL 60018


Storage Equity Concepts
150 S. Wacker Drive
Chicago, IL 60606


SVI Properties
100 Premier Drive
Orion, MI 48009

Thrivent Financial
625 Fourth Ave. S
Minneapolis, MN 55415-1624


Toptec
Heating, Cooling, Plumbing & Elect.
345 East Park Avenue
Libertyville, IL 60048


Tyco Integrated Security, LLC
PO Box 371967
Pittsburgh, PA 15250-7967


Uline
2200 S. Lakeside Dr
Waukegan, IL 60085


USA Fire Protection, Inc.
28427 North Ballard Drive
Unit H
Lake Forest, IL 60045


Village of Mundelein
300 Plaza Circle
Mundelein, IL 60060


Village of Mundelein
440 E. Hawley
Mundelein, IL 60060


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Oak Creek Plaza, L.L.C.** _____    Case No. _____
                                                Debtor(s)              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Oak Creek Plaza, L.L.C.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ronald L. Boorstein
150 South Wacker Drive, Suite 450
Chicago, IL 60606**

☐ None [*Check if applicable*]

**May 10, 2016**                              **/s/ Paul M. Bach**
Date                                          **Paul M. Bach**
                                              Signature of Attorney or Litigant
                                              Counsel for    **Oak Creek Plaza, L.L.C.**
                                              **Bach Law Offices
                                              P.O. Box 1285
                                              Northbrook, IL 60065
                                              (847) 564-0808 Fax:(847) 564-0985
                                              pnbach@bachoffices.com**